UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Pearl Lee Oates**
a/k/a Pearl L Oates
S.S. No.: xxx-xx-3158
Mailing Address: 16900 Marie Court, Laurinburg, NC 28352-

Case No. 11-80539

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on March 30, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: April 20, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

Date: 3/28/11
Lastname-SS#: Oates-3158

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Scotland County Taxes | 2 | House & Lot |
| North State Acceptance | 1 | 2002 Lexus |
| | | |
| | | |
| | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| Scotland County Taxes | 2 | | ** |
| North State Acceptance | 1 | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| Wells Fargo | 3 | | ** |
| | | | ** |
| | | | ** |
| | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Wells Fargo | 3 | $435 | N/A | n/a | $435.00 | House & Lot |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| None | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| None | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$544** per month for **36** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **31.15** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE.    (Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


/s Kaelyn McCollum
Kaelyn McCollum

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | JC Penney<br>Post Office Box 981131<br>El Paso, TX 79998 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Bank of America<br>ATTN: Billing Inquiries<br>Post Office Box 15026<br>Wilmington, DE 19850-5026 | Layran McLean<br>228 Tullich Way<br>Holly Springs, NC 27540 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Citibank<br>Post Office Box 6500<br>Sioux Falls, SD 57117-6500 | Lowe's<br>Post Office Box 981401<br>El Paso, TX 79998-1401 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Citifinancial<br>1333 Scotland Circle<br>Laurinburg, NC 28352 | Layran McLean<br>228 Tullich Way<br>Holly Springs, NC 27540 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Citifinancial<br>Post Office Box 70915<br>Charlotte, NC 28272-0915 | N State Ac<br>2305 E Millbrook Road<br>Attn: Managing Agent<br>Raleigh, NC 27616 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Credit Bureau of Greensboro<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 | National Finance Company<br>1419 S. Main Street<br>Laurinburg, NC 28352 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | GE Money Bank<br>Bankruptcy Dept.<br>Post Office Box 103104<br>Roswell, GA 30076-3104 | North Carolina Department of Rev<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Home Projects Visa<br>By Wells Fargo Financial Bank<br>Post Office Box 10475<br>Des Moines, IA 50306 | North Carolina Dept of Revenue<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | North Carolina Employment Securi<br>Commission<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 |

Regional Finance
701 East Broad Avenue
Rockingham, NC 28379


Regional Finance of Rockingham
704 C East Broad Avenue
Rockingham, NC 28379


Scotland County Tax Collector
Post Office Box 488
Attn: Managing Agent
Laurinburg, NC 28352-0488


Scotland County Tax Collector
Post Office Box 488
Laurinburg, NC 28352-0488


Security Finance Corporation of Lincolnt
1549 Atkinson Street
Laurinburg, NC 28352-5005


The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615


US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858


Wells Fargo Bank, N.A.
Post Office Box 40039
Attn: Managing Agent
Roanoke, VA 24022-0039